UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re   Steve Anthony Sandoval and           )    Case No.    03-30777-SBB
        Ann Sheila Kremski-Sandoval,         )    Chapter 7
                                             )
                        Debtors.             )
                                             )

**ORDER EXTENDING TIME WITHIN WHICH TO FILE A NOTICE OF APPEAL RE: MEMORANDUM OPINION AND ORDER ON THE OBJECTION TO ALLOWANCE OF CLAIM OF ALLEN-TRAUGOTT, INC., FILED BY STEVE ANTHONY SANDOVAL AND ANNE SHEILA KREMSKI-SANDOVAL ON DECEMBER 8, 2004 (DOCKET #97), ENTERED AUGUST 11, 2006; AND JUDGMENT ON THE OBJECTION TO ALLOWANCE OF CLAIM OF ALLEN-TRAUGOTT, INC., FILED BY STEVE ANTHONY SANDOVAL AND ANNE SHEILA-KREMSKI-SANDOVAL ON DECEMBER 8, 2004 (DOCKET#97), ENTERED AUGUST 11, 2006**

THIS MATTER comes before the Court on the Motion For Extension Of Time For Filing A Notice Of Appeal, filed on August 25, 2006 by creditor Allen-Traugott, Inc. The Court, having reviewed the file and being advised in the premises, finds that the requirements of Bankruptcy Rule 8002(c) are satisfied and that there is good cause for the extension sought by creditor, and therefor ORDERS as follows:

As to the (a) Memorandum Opinion And Order On The Objection To Allowance Of Claim Of Allen-Traugott, Inc., Filed By Steve Anthony Sandoval And Anne Sheila Kremski-Sandoval On December 8, 2004 (Docket #97), entered August 11, 2006; and (b) Judgment On The Objection To Allowance Of Claim Of Allen-Traugott, Inc. Filed By Steve Anthony Sandoval And Anne Sheila Kremski-Sandoval On December 8, 2004 (Docket #97), entered August 11, 2006, the time within which to file a Notice of Appeal hereby is extended to September 10, 2006, or 10 days from entry of this Order, whichever is later.

Dated: August 29, 2006

BY THE COURT:

_Sid Brooks_
Sidney B. Brooks,
United States Bankruptcy Judge