IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01810-PSF

IN RE:

STEVE ANTHONY SANDOVAL and
ANN SHEILA KREMSKI-SANDOVAL,

ALLEN-GRAUGOTT, INC.,

    Plaintiff/Appellant,

v.

STEVE ANTHONY SANDOVAL and
ANN SHEILA KREMSKI-SANDOVAL,

    Defendants/Appellees.

## ORDER OF RECUSAL

    This case involves an appeal by Creditor Allen-Graugott, Inc. ("A-G") of a judgment and orders issued by the United States Bankruptcy Court for the District of Colorado disallowing A-G's claims in Debtors Steve Sandoval and Ann Kremski-Sandoval's Chapter 13 bankruptcy case.  It has come to the Court's attention after reviewing the pleadings in the underlying bankruptcy proceeding that the undersigned district judge's former law firm, Burns Figa & Will, P.C., has represented debtors in various matters, including a state court lawsuit brought by A-G against debtors that involved similar claims to those decided here by the Bankruptcy Court.  The Court has also learned that Burns Figa & Will, P.C. is listed as an unsecured creditor in the underlying bankruptcy proceeding.  In light of the above and pursuant to 28 U.S.C.

§ 455, the undersigned district judge must recuse himself from this case due to his ongoing buy-out arrangement with Burns Figa & Will, P.C., and the fact that his wife is a shareholder of that law firm.  The Clerk of the Court is directed to reassign this case to another district judge by random draw.

     DATED:  August 10, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge